UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

In the Matter of the Search Regarding   No.  4:26-mj-34

26-093-04                                **SEARCH AND SEIZURE WARRANT**

---
"REDACTED"

TO:   ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement officer or an attorney for the government requests the search for information about the location of the cellular telephone fully described in Attachment A, attached hereto and incorporated herein by reference (the "Target Cell Phone"), whose service provider is Verizon Wireless, a wireless telephone service provider, headquartered at 180 Washington Valley Road, Bedminster, New Jersey 07921 (the "Service Provider"), regarding violations 18 U.S.C. § 2250 (Failure to Register as a Sex Offender). The location information to be provided is described in Attachment B, attached hereto and incorporated herein by reference,

To the extent that the information described in Attachment B (hereinafter, "Location Information") is within the possession, custody, or control of Service Provider, Service Provider is required to disclose the Location Information to the government beginning the date of issuance of the search warrant, until 45 days from the date of issuance of the search warrant.

In addition, Service Provider must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with its services, including by initiating a signal to determine the location of the Target Cell Phone on its network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government.

The government shall compensate Service Provider for reasonable expenses incurred in furnishing such facilities or assistance.

I find that the affidavit, or any recorded testimony, establish probable cause to permit the location search.

This warrant does not authorize the seizure of any tangible property.   In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information.   *See* 18 U.S.C. § 3103a(b)(2).

**YOU ARE COMMANDED** to execute this warrant on or before
_April 24, 2026_ (not to exceed 14 days)

☑ in the daytime – 6:00 a.m. to 10:00 p.m.

☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is otherwise authorized, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the undersigned Judge.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial) and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized, for 30 days.

☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

_April 10, 2026_ at _10:49 am CDT_ at Sioux Falls, South Dakota
Date and Time Issued

VERONICA L. DUFFY
United States Magistrate Judge

[2]

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding        No.  4:26-mj-34

26-093-04                                    **RETURN "REDACTED"**

Date and time warrant executed:  _____

Copy of warrant and inventory left with:  _____

Inventory made in the presence of:  _____

Inventory of the property taken and name of any person(s) seized (attach additional sheets, if necessary):

| CERTIFICATION |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Gary A. Bunt, Supervisory Deputy
United States Marshals Service

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding    No. _____4:26-mj-34_____

26-093-04                                **APPLICATION FOR SEARCH AND
                                         SEIZURE WARRANT
                                         "REDACTED"**

I, Gary A. Bunt, being duly sworn depose and say:

I am a Supervisory Deputy with the United States Marshals Service in Sioux Falls, South Dakota and make this application for information about the location of the cellular telephone fully described in Attachment A, attached hereto and incorporated herein by reference (the "Target Cell Phone"), whose service provider, Verizon Wireless, a wireless telephone service provider, headquartered at 180 Washington Valley Road, Bedminster, New Jersey 07921 (the "Service Provider"). The location information to be seized is described in Attachment B, attached hereto and incorporated herein by reference.

I have reason to believe there is probable cause that violations of 18 U.S.C. § 2250 (Failure to Register as a Sex Offender) are being committed and that the location information in Attachment B will assist investigators in identifying and apprehending those involved.

The facts to support a finding of probable cause are contained in my Affidavit filed herewith.

_____
Gary A. Bunt, Supervisory Deputy
United States Marshals Service

Subscribed and sworn to before me this __10th__ day of April, 2026 at Sioux Falls, South Dakota.

_____
VERONICA L. DUFFY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Search Regarding | No. ___4:26-mj-34___ |
| 26-093-04 | **AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT** "REDACTED" |

STATE OF SOUTH DAKOTA    )
                         :SS
COUNTY OF MINNEHAHA      )

I, Supervisory Deputy U.S. Marshal Gary Bunt of the United States Marshals Service, being first duly sworn upon oath depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.    I make this affidavit in support of an application for a search warrant for records and information associated with certain telephone numbers that are in the possession, custody, and/or control of Verizon Wireless, a cellular service provider headquartered at 180 Washington Valley Road, Bedminster, New Jersey 07921 ("Wireless Provider"). The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a warrant under 18 U.S.C. § 2703(c)(1)(A) to require the Wireless Providers to disclose to the government the information further described in the following paragraphs and in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in

Section II of Attachment B. Attachments A and B are incorporated herein and adopted by reference.

2.    I am a Criminal Investigator (CI) with the United States Marshals Service (USMS) assigned to the Sioux Falls, South Dakota, office. I have worked as a Criminal Investigator with the USMS since May 9, 2006. As part of my duties with the USMS, I investigate violations of federal law, including escape, firearms offenses, failing to register as a sex offender and other violations of United States Criminal Code. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, tribal, state, and federal law enforcement agencies. I have participated in the execution of numerous search warrants to search and seize electronic devices, such as cellular and mobile telephones and computers, and records associated with social media, cellular and mobile telephone and devices, and other electronic communication accounts. The following information is based on investigation conducted jointly by the USMS and local and state law enforcement agencies. This affidavit does not contain the entirety of my knowledge regarding this investigation.

3.    I have received information from other law enforcement officers and sources of information by either verbal or written report. The officers and sources providing information may have received the information by way of personal knowledge or from other sources.

4.    This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my

knowledge about this matter.

5.      Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2250, failure to register as a sex offender, has been committed by ████████ . There is also probable cause to search the property described in Attachment A for evidence, instrumentalities, contraband, or fruits of these crimes further described in Attachment B.

## JURISDICTION

6.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. § 2703(c)(1)(A).  Specifically, the Court is "a district court of the United States (including a magistrate judge of such court) . . . that has jurisdiction over the offense being investigated."  18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

7.      ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████

8.      ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

3

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████

9.     ███████████████████████████████████████

███████████████████████████████████████████████

████████████████████

10.     ██████████████████████████████████████

█████████████████████████     ████████████████████

██████████████████████████████████

11.     ██████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████

12.     ██████████████████████████████████████

███████████████████████

13.     ██████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████

4

14.

15.

16.

17.

18. ██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████

19. ██████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████    ██████████████████████████████████

███████████████

20.    It is my understanding that I must seek this additional warrant to review the responsive materials to comply with the issue raised in *United States v. Nyah*, 928 F.3d 694 (8th Cir. 2019).

6

## AUTHORIZATION REQUEST

21.    Based on the foregoing, I request that the Court issue the proposed search warrant pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

22.    Because the warrant will be served on data already provided by Verizon, which will be reviewed at a time convenient for the undersigned or others within his agency, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Gary A. Bunt, Supervisory Deputy
United States Marshals Service

Subscribed and sworn to before me this _10th_ day of April, 2026, in Sioux Falls, South Dakota.

VERONICA L. DUFFY
United States Magistrate Judge

7

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding          No. _4:26-mj-34_____

26-093-04                                      **ATTACHMENT A** "REDACTED"

### PROPERTY TO BE SEARCHED

This warrant applies to records and information associated with telephone number ███████████ (**TARGET PHONE**), for the time period of ████████ ████████████████████████████████████████ that were provided by Verizon Wireless, headquartered at 180 Washington Valley Road, Bedminster, New Jersey 07921. The compressed storage file has been downloaded from Verizon's law enforcement portal but not reviewed and is in secure storage at the U.S. Marshals Service.

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Search Regarding | No. ___4:26-mj-34___ |
| 26-093-04 | **ATTACHMENT B** "REDACTED" |

## PARTICULAR THINGS TO BE SEIZED

**I.    Information to be Disclosed**

For each TARGET PHONE identified in Attachment A, Verizon Wireless is required to disclose to the United States:

a.    Call Detail Records, including all cellular tower information associated with the towers servicing the communications reflected in the Call Detail Records;

b.    Precise location information of the devices connecting to the cellular towers, including RTT, NELOS, or equivalent data.

The time period to be applied to the above information is ███████ ███████████████████████████████████ .

**Information to be Seized by the United States**

The United States seeks to seize all information described above in Section I that constitutes evidence, fruits, contraband, and instrumentalities of failing to register as a sex offender and incidental crimes in violation of Title 18 U.S.C. § 2250 committed by unknown persons. The requested information has been received and downloaded from Verizon's law enforcement portal but not reviewed and is in secure storage at the U.S. Marshals Service.